AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

MICHAEL McKOY, )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 7:08-CV-83-F**
         )
NATHANIEL WADDELL, OREDA WADDELL, )
NORTH METRO PROPERTIES, COREY HEINS, )
        Defendants. )

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Defendant's Corey Heins and North Metro Properties Motion to Dismiss is ALLOWED. That the Plaintiff's Motion for Summary Judgment is DENIED and his claims against Defendants Nathaniel and Oreda Waddell are DISMISSED. Plaintiff's Motion to Appoint Counsel are DENIED and all other pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **April 27, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Michael McKoy | Robert David Proffitt |
| 299320 | P.O. Box 11889 |
| MCI 502 Beckman Road | Columbia, SC 29211-1889 |
| W2-5B | |
| Columbia, SC 29203 | |
| | |
| Nathaniel Waddell | |
| Oreda Waddell | |
| 9776 Chappell Loop Rd | |
| Leland, NC 28451 | |

| | |
|---|---|
| April 27, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |